

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2019

No. 04-18-00426-CR

Richard Able **TELLEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3176
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on January 3, 2019.  *See* TEX. R. APP. P. 38.6(a).  On the extended due date, Appellant filed a motion for a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED IN PART; the brief is due on February 4, 2019.  **Any further motion for extension of time to file Appellant's brief will be disfavored.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court